# Court of Appeals
# of the State of Georgia

ATLANTA,  December 11, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0795.  RONNIE RIDLEY v. GEORGIA LOTTERY CORPORATION.**

After the Georgia Lottery Corporation entered an executive order finding Ronnie Ridley guilty of violating certain provisions of the State's lottery regulatory scheme, he petitioned the superior court for a writ of certiorari. The superior court dismissed the case based on Ridley's failure to exhaust administrative remedies. Ridley then filed the instant direct appeal. We, however, lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); see *Taylor v. City of Atlanta*, 184 Ga. App. 795, 795-796 (363 SE2d 45) (1987). Compliance with the discretionary appeal procedure is required even where the superior court dismisses the action. See *Taylor*, 184 Ga. App. at 796; accord *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351, 351 (317 SE2d 327) (1984). Ridley's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this direct appeal. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/11/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*